1  Michael J. Sexton, CA Bar No. 153435
   michael.sexton@ogletreedeakins.com
2  Guillermo M. Tello, CA Bar No. 277896
   guillermo.tello@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Park Tower, Suite 1500
4  695 Town Center Drive
   Costa Mesa, CA  92626
5  Telephone:  714.800.7900
   Facsimile:   714.754.1298
6
7  Attorneys for Defendant
   Home Depot U.S.A., Inc.
   (erroneously sued as THE HOME DEPOT, a corporation)
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KAREN B. HAYWOOD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE HOME DEPOT, a corporation; and DOES 1 TO 100, Inclusive,<br><br>　　　　Defendants. | Case No. 15-cv-07130-FMO (MRWx)<br><br>Assigned to:<br>District Judge Fernando M. Olguin<br>Magistrate Judge Michael R. Wilner<br><br>[~~PROPOSED~~] STIPULATED PROTECTIVE ORDER<br><br>State Action Filed:  June 15, 2015<br>Trial Date:              November 22, 2016 |

1 | PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

3 | DATED: May 3, 2016

Michael R. Wilner
Honorable ~~Fernando M. Olguin~~
United States ~~District~~ Judge

# EXHIBIT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Central District of California on [date] in the case of *Haywood v. Home Depot U.S.A., Inc.*, Case No. 15-cv-07130. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Central District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this Action.

I hereby appoint _____ [print or type full name] of _____ [print or type full address and telephone number] as my California agent for service of process in connection with this Action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____